UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Marvin Greene

                Defendant.

Case No.: 23 MAG 504 (KPB)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

*/s/ Kim Berg*
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 1 day of December, 2023
Poughkeepsie, New York